U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
SEP 2 9 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

      v.

**ANTHONY GLINSKI,**

Criminal Action No.
5:07-MJ-85 (GJD)

            **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the sole count contained in Criminal Complaint, 07MJ-85 against ANTHONY GLINSKI, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other: Pursuant to a written plea agreement executed by the parties, the defendant entered a plea of guilty in Onondaga County Court to the New York State felony offense of Possession of a Sexual Performance by a Child, and on September 18, 2008 he was sentenced to a

<u>term of 10 years probation. This disposition was made in satisfaction of the charge filed in the Northern District of New York.</u>

With respect to this dismissal, defendant (check one):

<u>X</u>   Consents

___   Objects

___   Has not been consulted

This dismissal is without prejudice.

       ANDREW T. BAXTER
       United States Attorney


     By: Lisa M. Fletcher
       Assistant U.S. Attorney
       Bar Roll No. 510187


Leave of court is granted for the filing of the foregoing dismissal.

Dated: September 29, 2008
    Syracuse, New York  George H. Lowe
            United States District Court Judge

2